The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL INSURANCE CRIME BUREAU, an Illinois non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DESSIE RENEE WAGNER, an individual; LESLIE ANN WAGNER, an individual; ESTATE OF SCOTT LAVERNE WAGNER; LESLIE WAGNER as the Personal Representative of the ESTATE OF SCOTT lLAVERNE WAGNER, JOSEPH SCOTT WAGNER, an individual; ANDREW WESLEY WAGNER, an individual,<br><br>Defendants. | NO. 2:19-CV-00730 JLR<br><br>MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF<br><br>NOTE FOR MOTION CALENDAR: JUNE 28, 2019 |

## I. REQUEST FOR LEAVE TO WITHDRAW

Plaintiff National Insurance Crime Bureau is represented by Laura E. Kruse and Diane H. Cornell of Betts, Patterson & Mines, P.S. As of May 24, 2019, Ms. Kruse is employed by the law firm of Forsberg & Umlauf, P.S.

///

///

MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF - NO. 2:19-CV-00730 JLR   - 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1426431.docx/061019 1021/8622-0001

## II. STATEMENT OF FACTS

On May 24, 2019 Ms. Kruse started employment with Forsberg & Umlauf, P.S. It is the client's desire to have Ms. Kruse continue her representation of the Plaintiff in this matter. Ms. Kruse and her new firm, Forsberg & Umlauf, P.S., will immediately file a Notice of Appearance for the Plaintiff in this matter, as soon as the Court grants this Motion.

## III. ~~PROPOSED~~ ORDER 

Submitted with this motion is a proposed order granting this motion, granting Laura E. Kruse and Diane H. Cornell of Betts, Patterson & Mines, P.S. leave to withdraw, and ordering that the withdrawal be effective on the date the order entered. Upon entry of the order granting the withdrawal of Diane Cornell and Laura E. Kruse of Betts, Patterson & Mines, P.S., attorney Laura E. Kruse and Forsberg & Umlauf, P.S. may enter their appearance for the Plaintiff in this matter.

DATED this 28th day of June, 2019.

_____
The Honorable James L. Robart
United States District Judge

///
///
///
///
///
///
///

MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF - NO. 2:19-CV-00730 JLR   - 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1426431.docx/061019 1021/8622-0001

Presented by:

BETTS, PATTERSON & MINES, P.S.

By /s/ Laura E. Kruse
　　Laura E. Kruse, WSBA #32947
　　Email: lkruse@bpmlaw.com

By /s/ Diane H. Cornell
　　Diane H. Cornell, WSBA #35090
　　Email: dcornell@bpmlaw.com
　　One Convention Place, Suite 1400
　　701 Pike Street
　　Seattle, WA 98101
　　Tel: (206) 292-9988

*Withdrawing Attorneys for Plaintiff*

MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF - NO. 2:19-CV-00730 JLR    - 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1426431.docx/061019 1021/8622-0001

## CERTIFICATE OF SERVICE

I, Tatyana Stakhnyuk, hereby certify that on June 10, 2019, I electronically filed the following:

- **Motion for Withdrawal as Counsel for Plaintiff; and**
- **Certificate of Service.**

with the Court using the CM/ECF system which will send notification of such filing to all parties of record.

DATED this 10th day of June 2019.

/s/ Tatyana Stakhnyuk
Tatyana Stakhnyuk, Legal Assistant

MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF - NO. 2:19-CV-00730 JLR   - 4 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1426431.docx/061019 1021/8622-0001