UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL INSURANCE CRIME BUREAU, | CASE NO. C19-0730JLR |
| Plaintiff, | ORDER OF DEFAULT |
| v. | |
| DESSIE RENEE WAGNER, | |
| Defendant. | |

Pursuant to the court's order of 1/19/21 (Dkt. # 33), it is hereby ORDERED that

Defendants Leslie Ann Wagner, the Estate of Scott Laverne Wagner, Joseph Scott

Wagner, and Andrew Wesley Wagner are in default.

Filed and entered this 22nd day of January, 2021.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1