Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL INSURANCE CRIME BUREAU, an Illinois non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DESSIE RENEE WAGNER, an individual; LESLIE ANN WAGNER, an individual; ESTATE OF SCOTT LAVERNE WAGNER; LESLIE WAGNER as the Personal Representative of the ESTATE OF SCOTT LAVERNE WAGNER; JOSEPH SCOTT WAGNER, an individual; ANDREW WESLEY WAGNER, an individual,<br><br>Defendants. | No. 2:19-cv-00730 JLR<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS AND COUNTERCLAIMS |

I.   STIPULATION

Per the Court's February 2, 2021 Order (Dkt. No. 36), Plaintiff National Insurance Crime Bureau ("NICB") and Defendant Renee Wagner ("Defendant D.R. Wagner") stipulate as follows:

STIPULATED AND ORDER TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS AND COUNTERCLAIMS – PAGE 1
CAUSE NO. 2:19-CV-00730 JLR

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1. Default judgment was entered on February 2, 2021 (dkt # 36) declaring Defendant D.R. Wagner to be the sole beneficiary of the Employee Savings Plan at issue in this matter. NICB and Defendant D.R. Wagner wish to dismiss with prejudice all remaining claims and counterclaims in this case, without costs or attorney fees to either party, and finally terminate this litigation.

2. NICB will dismiss with prejudice its Complaint for Interpleader and Declaratory Relief filed on May 15, 2019 against Defendants D.R. Wagner, Leslie Ann Wagner, Estate of Scott Laverne Wagner, Leslie Wagner as personal representative of the Estate of Scott Laverne Wagner, Joseph Scott Wagner, and Andrew Wesley Wagner. This dismissal will not affect the default judgment entered on February 2, 2021 (dkt # 36) declaring Defendant D.R. Wagner to be the sole beneficiary of the Employee Savings Plan at issue in this matter;

3. Defendant D.R. Wagner will dismiss with prejudice her counterclaims asserted on November 13, 2019 against NICB, including, but not limited to, NICB's alleged violations of 29 U.S.C. § 1022 and 29 U.S.C. §1025, and Defendant's right to recovery under 29 U.S.C. § 1132;

4. Neither NICB nor Defendant D.R. Wagner shall file any additional claims against the other party related to this matter; and

5. NICB and Defendant D.R. Wagner agree to not seek attorney's fees and costs against the other for any reason related to this matter, including, but not limited to NICB's attorney's fees and costs arising out of its interpleader action filed on May 15, 2019 and Defendant D.R. Wagner's attorney's fees and costs arising out of her counterclaims asserted on November 13, 2019.

The Parties further stipulate that the Order below dismissing those claims may be entered.

STIPULATED AND ORDER TO DISMISS WITH PREJUDICE ALL
REMAINING CLAIMS AND COUNTERCLAIMS – PAGE 2
CAUSE NO. 2:19-CV-00730 JLR

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1     DATED this 5th day of February 2021.

2 **FORSBERG & UMLAUF, P.S.**      **LAKE HILLS LEGAL SERVICES PC**

3

4 By: *Laura Kruse*      By: /s/ Richard L. Pope, Jr.
Laura E. Kruse, WSBA No. 32947      Richard L. Pope Jr., WSBA No. 21118
5 901 Fifth Avenue, Suite 1400      15600 N.E. 8th Street, Suite B1-358
Seattle, WA 98164      Bellevue, WA 98008
6 (206) 689-8500      (425) 829-5305
*Attorney for Plaintiff National Insurance*      *Attorney for Defendant Dessie Renee*
7 *Crime Bureau*      *Wagner*

8                               II.    <u>ORDER</u>

9     THIS MATTER having come on before the above-entitled court on the above stipulation

10 of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all

11 claims and counterclaims (other than the Default Judgment entered February 2, 2021 (dkt # 36)

12 declaring Defendant D.R. Wagner to be the sole beneficiary of the Employee Savings Plan at

13 issue) herein be dismissed with prejudice and without costs or attorney's fees to any party.  All

14 issues in this litigation have now been determined and the trial date scheduled for March 8, 2021

15 is STRICKEN.

STIPULATED AND ORDER TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS AND COUNTERCLAIMS – PAGE 3
CAUSE NO. 2:19-CV-00730 JLR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

DONE this  5th  day of  February , 2021

_____
Honorable James L. Robart

Presented by:

**FORSBERG & UMLAUF, P.S.**

_____
Laura E. Kruse, WSBA No. 32947
*Attorney for Plaintiff National Insurance Crime Bureau*

*Approved for Entry, Notice of Presentation Waived:*

**LAKE HILLS LEGAL SERVICES PC**

/s/ Richard L. Pope, Jr.
Richard L. Pope Jr., WSBA No. 21118
*Attorney for Defendant Dessie Renee Wagner*

STIPULATED AND ORDER TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS AND COUNTERCLAIMS – PAGE 4
CAUSE NO. 2:19-CV-00730 JLR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX